# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| William Eric Brown, | : | |
| Petitioner/Defendant, | : | Civil Action No. 11-0251-WS |
| v. | : | Criminal No. 08-0224-WS-C |
| United States of America, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 24, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of November, 2011.

  s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**